UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HECTOR ROSARIO,                                   :
              Plaintiff,               :
                                      :     **ORDER**
v.                                                :
                                      :     18 CV 445 (VB)
VILLAGE OF SLEEPY HOLLOW,                         :
              Defendant.               :
--------------------------------------------------------------x

       As discussed at a conference held today, at which counsel for both parties attended by telephone, it is HEREBY ORDERED:

       1.     By May 15, 2020, the parties shall submit a Joint Pretrial Order, in accordance with Paragraph 4.A of the Court's Individual Practices.

       2.     All other pretrial deadlines and the trial scheduled for July 6, 2020, are adjourned <u>sine</u> <u>die</u>.

       3.     The next conference in this case shall take place telephonically on June 17, 2020, at 10:30 A.M.  At that time, counsel shall attend by calling the following number and entering the access code when requested:

       Number:  (888) 363-4749 (toll-free) or (215) 446-3662

       Access Code:  1703567

Dated: May 5, 2020
      White Plains, NY

                                                   SO ORDERED:

                                                     Vincent L. Briccetti
                                                     United States District Judge