UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HECTOR ROSARIO,

                      Plaintiff,

    -against-

VILLAGE OF SLEEPY HOLLOW,

                     Defendant.

------------------------------------------------------------------X

**THIRD AMENDED JOINT PRE-TRIAL ORDER**

Case No.: 18 cv 00445 (VB)

The parties respectfully submit the following Amended Joint Pre-Trial Order:

1.      The **full caption** of this action is set forth above.

2.      **Trial Counsel** are as follows:

    A.  **Plaintiff**:  Christopher D. Watkins
         Watkins Law, 5 Paradies Lane, New Paltz, NY 12561
         Tel.: 845-419-2250; Fax: 845-469-5904
         Email address: chris@cdwatkinslaw.com

    B.  **Defendant**: James A. Randazzo
         Portale Randazzo LLP, 245 Main St., Ste. 340, White Plains, NY 10601
         Tel: 914-359-2400
         Fax: 914-359-2410
         Email address: jrandazzo@portalerandazzo.com

    C.  **Defendant**:  Richard K. Zuckerman, Esq.
         Lamb & Barnosky, LLP, 534 Broadhollow Road, Suite 210, Melville, NY 11747
         Tel:  (631) 414-5808
         Fax:  (631) 694-2309
         rkz@lambbarnosky.com

3.      This Court has **subject matter jurisdiction** because plaintiff has claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e.  Defendant agrees that the court has subject matter jurisdiction.

4.      **Summary of Claims and Defenses:**

**Claims**:  Plaintiff brings claims for race/national origin discrimination and retaliation under Title VII, 42 U.S.C. §42 U.S.C. 2000e, and the New York State Human Rights Law, N.Y.

Exec. Law § 296. Specifically, he asserts that after he complained of discrimination and bias within the Department, he has been subjected to a series of adverse actions, including removal from a task force and denial of overtime, denial of training opportunities, failure to promote, failure to back-up, and inequitable discipline.

**Defenses**: The following defenses remain to be tried:

- Whether Plaintiff sustained an adverse employment action with respect to his claims of discrimination and retaliation.

- Whether Plaintiff's race or national origin was a substantial or motivating factor contributing to the employer's decisions.

- Whether the Village had legitimate, non-discriminatory reasons for its decisions.

- With respect to the claim of retaliation, whether Plaintiff engaged in protected activity.

- With respect to the claim of retaliation, whether there was a causal connection between any protected activity and the adverse employment action.

There are not any claims or defenses previously asserted that are not to be tried.

5. This case **is** to be tried by a jury and is anticipated to last **4-5 trial days**.

6. The parties have **not consented** to a trial by a magistrate judge.

7. **Stipulations of Fact and Law:**

   a. Plaintiff has been employed as a police officer with the Village of Sleepy Hollow since 2008.

   b. Plaintiff is Hispanic, of Dominican and Puerto Rican descent.

8. **Witnesses**

   **A.    Plaintiffs' Witnesses:**

      1.    Hector Rosario: Liability and damages;

      2.    Wendy Yancey: Liability;

      3.    Paul Nelson: Liability;

      4.    Michael Hayes: Liability;

      5.    Felix Corona: Liability;

6.      Anthony Bueti: Liability;

7.      Gregory Camp: Liability;

8.      Michael Gasko: Liability;

9.      Betsy Saavedra: Damages; - Defendant objects

**B)      Defendants' Witnesses:**

|  | Witness | Subject of Testimony - Complaint ¶ | Objection |
|---|---|---|---|
| 1. | Former Police Chief Gregory Camp | 13-24, 28-30 | |
| 2. | Police Chief Anthony Bueti | 15-19, 21, 23, 26, 27, 32 | |
| 3. | Sergeant D'Alessandro | 27 | |
| 4. | Police Officer Paul Gianetti | 16-19 | |
| 5. | Police Officer Jeff Meundel | 16-19 | |
| 6. | Police Officer Nicholas Fiorisi | 16-19, 27 | |
| 7. | Lt. Michael Gasko | 21, 23, 26, 32 | |
| 8. | Lt. Frank Hrotko | 27, 32 | |
| 9. | Sergeant Stephen Dougherty | 21, 22, 23, 26, 29 | |
| 10. | Police Officer Cliff Morrison | 27, 29 | |
| 12. | Police Officer Craig Kelly | 23, 27 | |
| 13. | Mayor Kenneth Wray | 31 | |
| 14. | Westchester County Department of Public Safety Command Staff who interviewed Plaintiff, whose names are not presently known | 24 | |
| 15. | WCDPS Commissioner George N. Longworth | 24 | |
| 16. | WCDPS Sergeant Charles A. Geraci | 24 | |
| 17. | WCDPS Captain Paul A. Stasaitis | 24 | |

9. The parties do not currently anticipate using deposition testimony rather than live testimony in their cases-in-chief.

10. **Exhibits**

**A)** **Plaintiffs' Exhibits:**

1. 2/1/12 Rosario to Bueti email;

2. 3/7/12 Bueti to Camp memorandum;

3. 11/9/12 Rosario to Camp Memorandum;

4. 6/17/13 Camp to Rosario Memorandum;

5. 1/22/14 Camp to SHPD re "facebook etc."

6. 2/20/14 Rosario to Camp email re sick time abuse;

7. 2/20/14 Rosario to camp email re 2/12/14 meeting;

8. Attendance Sheets (Px. Ex. 6 at depositions);

9. Attendance Sheets (Px. Ex. 7 at depositions);

10. Attendance Log printout from Dec. 2014;

11. 4/30/14 Rosario to camp email re Reports/Memos/Training;

12. 8/24/16 Rosario to Bueti email re Officer Safety;

13. 9/19/16 Hrotko to Bueti memo re Rosario Complaint;

14. 9/21/16 Rosario to Hrotko email re Lt. Gasko;

15. Photo of Gasko's Rat and Maternity Word bulletin board postings;

16. Rosario's initial EEOC Complaint (5/28/14); *

17. Rosario's second EEOC Complaint (9/26/16); *

18. 8/31/17 EEOC Probable Cause Determination; *

19. Dougherty Overtime Report forms (1122-1129);

19A. Dougherty Overtime Sheets (989-995);

20. Guzzo Overtime Report forms (1130-1134);

21. Warren Overtime Report forms (1140-1143);

22. Paul Nelson EEOC Charge; *

23. Wendy Yancey EEOC Charge; *

24. Documents Bates-stamped P11-P14 re Gasko Supervisory Complaint Report re Rosario.

25. CBA Salary Schedule

26. SHPD training Listing (625-627)

**B) Defendants' Exhibits:**

| Ex. # | Description | Objection |
|---|---|---|
| A | February 1, 2012 email from Plaintiff to Anthony Bueti regarding Facebook messages (Village 000894) | |
| B | March 7, 2012 memo from Lt. Bueti to Chief Camp regarding investigation into Facebook messages (Village 00481-00487) | |
| C | November 9, 2012 memo from Chief Camp to Plaintiff regarding work for Westchester County Narcotics Unit (Village 00901) | |
| D | Police Officers Production records 2009-2014 (Village 00468-00473) | |
| E | June 17, 2013 Memo from Chief Camp to Plaintiff regarding sick time (Village 00910) | |
| F | Plaintiff's 2012 and 2013 attendance records (Village 00919-00920) | |
| G | Plaintiff's November 26, 2012 Request for Time Off (Village 00477) | |
| H | December 24, 2012 blotter entry regarding call out sick (Village 00478) | |
| | | |

| | | |
|---|---|---|
| I | December 25, 2012 blotter entry regarding call to residence (Village 00479) | |
| J | July 16, 2013 memo from Plaintiff to Sleepy Hollow PBA regarding grievance for sick time abuse (Village 00911-00913) | |
| K | February 20, 2014 email from Plaintiff to Chief Camp regarding response to sick time abuse (Village 00476) | |
| L | July 10, 2013 memo regarding PO Pellegrino sick time counseling (Village 00623-00624) | |
| M | Agreement between Village and SHPBA (Village 00386-00456) | |
| N | February 20, 2014 email from Plaintiff to Chief Camp regarding Criminal Investigation School (Village 00923) | |
| O | April 30, 2014 email from Plaintiff to Chief Camp regarding Criminal Investigation School (P00009) | |
| P | Police Officer Training Listing, 2012-2014 (Village 00625-00627) | |
| Q | August 24, 2016 memo from Plaintiff to Chief Bueti regarding no back-up (Village 00815) | |
| R | September 19, 2016 memo from Lt. Hrotko to Chief Bueti regarding no back-up (Village 00814) | |
| S | August 10, 2016 blotter entry regarding no back-up (Village 00818-00819) | |
| T | August 22, 2016 blotter entry regarding no back-up (Village 00821) | |
| U | September 24, 2016 memo from PO Morrison to Chief Bueti regarding claim of no back-up (Village 00816-00817) | * |
| V | October 10, 2016 memo from PO Kelly to Lt. Gasko regarding claim of no back-up (Village 00820) | * |
| W | September 9, 2014 Video of Village Board meeting | |
| | | |

| | | |
|---|---|---|
| X | Vincenzo Lombardi 2013-2014 Attendance Records (Village 00985-00986) | |
| Y | Stephen Dougherty 2014 Attendance Records (Village 00984) | |
| Z | Craig Kelly 2014 Attendance Records (Village 00988) | |
| AA | March 25, 2015 memo from Plaintiff to Chief Camp regarding harassment by PO Zekus (Village 00930) | |
| BB | October 15, 2018 memo from Sergeant D'Alessandro to Chief Camp regarding alleged harassment (Village 00953) | |
| CC | Westchester County Department of Public Safety logbook concerning Rosario not being recommended, pages 108-109 | * |
| DD | Village Equal Employment Opportunity Policy | |
| EE | SHPD General Orders (Village 00505-612) | |

**11. Statement of Damages:**

(a) **Lost Wages to Date:**

(i) Salary differential between Detective and Patrol Officer: $42,000 (3 years at $14,000 per year).

(ii) Lost Overtime from removal/denial from County Narcotics Task Force: $50,000 (5 years at $10,000 per year).

(iii) Salary/OT differential between SHPD and WCPS: $350,000 (7 years at $50,000 per year).

(iv) Future Lost Wages and Benefits: $400,000 (8 years at $50,000 per year).

(v) Psychological and physical harm: To be decided by jury.

12.     The parties do **not** consent to a less than unanimous verdict.


Dated: September 29, 2020


                                        Respectfully submitted,



/s/ James A. Randazzo                   /s/ Christopher D. Watkins (CW 2240)
PORTALE RANDAZZO LLP                    WATKINS LAW
245 Main Street, Suite 340              5 Paradies Lane
White Plains, NY 10532                   New Paltz, NY 12561
(914) 359-2400                          (845) 419-2250
*Attorneys for Defendant*               *Attorney for Plaintiff*



/s/ Richard K. Zuckerman
LAMB & BARNOSKY, LLP
534 Broadhollow Road, Suite 210
Melville, New York 11747
(631) 414-5808
*Attorneys for Defendant*