UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

HECTOR ROSARIO,
                     Plaintiff,

v.

VILLAGE OF SLEEPY HOLLOW,
                     Defendant.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/20

**ORDER**

18 CV 445 (VB)

As discussed at the pretrial conference held on the record today, at which counsel for both parties attended, it is HEREBY ORDERED:

1.    Defendants' motions in limine have been resolved in accordance with the reasons stated on the record.

2.    The Clerk is instructed to terminate the motion (Doc. #54).

Dated: October 1, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge