UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HECTOR ROSARIO,

                    Plaintiff,

                    18 CIVIL 445 (VB)

        -against-

                    JUDGMENT

VILLAGE OF SLEEPY HOLLOW,
                    Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vincent L. Briccetti, United States District Judge, Plaintiff Hector Rosario have judgment in the sum of $250,000.00 for compensatory damages as against the defendant.

DATED: New York, New York
            October 21, 2020

                                              RUBY J. KRAJICK

So Ordered:                                  Clerk of Court

                                       BY:
_____
U.S.D.J.                                        Deputy Clerk