UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HECTOR ROSARIO,

                Plaintiff,

   -against-

VILLAGE OF SLEEPY HOLLOW,

                Defendant.
-------------------------------------------------------------X

18 CV 445 (VB)

**AMENDED JUDGMENT**

WHEREAS, on October 21, 2020, Judgment was entered for Plaintiff Hector Rosario in the sum of $250,000.00 for compensatory damages as against the Defendant, and

WHEREAS, on October 22, 2020, the parties, through their respective counsel, agreed to the entry of an Amended Judgment in the total amount of $345,000.00, inclusive of Plaintiff's reasonable attorneys' fees and costs,

**NOW THEREFORE** it is hereby **ORDERED, ADJUDGED AND DECREED**: That Plaintiff Hector Rosario have an Amended Judgment in the sum of $345,000.00 for compensatory damages, and his reasonable attorneys' fees and costs, as against the Defendant.

Dated: White Plains, New York
       October 26, 2020

So Ordered:

_____
U.S.D.J.

RUBY J. KRACIK

_Ruby J. Kracik_
Clerk of Court